No. 343, Misc.   CANNADY *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 347, Misc.   FEELEY *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 354, Misc.   WINTERS *v.* BURKE, WARDEN.   Supreme Court of Wisconsin.   Certiorari denied.

No. 356, Misc.   KEMMERER *v.* FRISBIE, WARDEN.   Supreme Court of Michigan.   Certiorari denied.

No. 362, Misc.   FERGUSON *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 365, Misc.   HIBBS *v.* WATERS, WARDEN.   Criminal Court of Appeals of Oklahoma.   Certiorari denied.

No. 367, Misc.   IN RE MULVEY.   Supreme Court of Michigan.   Certiorari denied.

No. 375, Misc.   TRAINA *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 376, Misc.   ROBERTS *v.* FRISBIE, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 377, Misc.   STINGLEY *v.* RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 380, Misc.   JOHNSON *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.